**Wayne MASON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56845.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 17, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 1990.

Application to Transfer Denied
June 19, 1990.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief after an evidentiary hearing. The amended motion was not verified as required by Rule 24.035(b). The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would not have precedential value. Judgment affirmed in accordance with Rule 84.16(b).